Matter of Niagara Falls Redevelopment, LLC v City of Niagara Falls (2024 NY Slip Op 01481)

Matter of Niagara Falls Redevelopment, LLC v City of Niagara Falls

2024 NY Slip Op 01481

Decided on March 15, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 15, 2024

PRESENT: SMITH, J.P., LINDLEY, CURRAN, MONTOUR, AND OGDEN, JJ. (Filed Mar. 15, 2024.) 

MOTION NO. (505/23) OP 23-00057.

[*1]IN THE MATTER OF NIAGARA FALLS REDEVELOPMENT, LLC, AND BLUE APPLE PROPERTIES INC., PETITIONERS, 
v
THE CITY OF NIAGARA FALLS, RESPONDENT.

MEMORANDUM AND ORDER
Motion for leave to appeal to the Court of Appeals denied.